JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VERA LUCIA RIBEIRO SANTOS,<br><br>    Defendant. | No. CR 10-0300 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER DOCUMENTING<br>EXCLUSION OF TIME |

With the agreement of the parties in open court on June 23, 2010, and with the consent of the defendant Vera Santos ("defendant"), the Court enters this order (1) setting a hearing on July 6, 2010, at 2:00 p.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 23, 2010, to July 6, 2010. The Court finds and holds as follows:

    1.    The defendant appeared before the Court with counsel on June 23, 2010. At the hearing on June 23, 2010, counsel informed the Court that the United States had produced approximately 600 pages of discovery to the defense. Counsel for the defendant will need time to review this discovery and to investigate the case. Continuing the defendant's appearance until July 6, 2010 will give the defense an opportunity to accomplish this objective.

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0300 WHA]

2.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until July 6, 2010 is necessary for effective preparation of defense counsel. <u>See</u> 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 23, 2010 to July 6, 2010 outweigh the best interest of the public and the defendant in a speedy trial. <u>Id.</u> § 3161(h)(7)(A).

3.  Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on July 6, 2010, at 2:00 p.m.; and (2) orders that the period from June 23, 2010 to July 6, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv) with respect to the defendant.

SO STIPULATED.

DATED:   June 24, 2010            JOSEPH P. RUSSONIELLO
                                  United States Attorney


                                  _____/s/_____
                                  KYLE F. WALDINGER
                                  Assistant United States Attorney


DATED:   June 24, 2010            _____/s/_____
                                  LAWRENCE W. FASANO, JR.
                                  Attorney for defendant Vera Santos

IT IS SO ORDERED.

DATED:   June 25, 2010            _____
                                  WILLIAM H. ALSUP
                                  United States District Judge

*IT IS SO ORDERED* — Judge William Alsup (United States District Court, Northern District of California seal)

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0300 WHA]   -2-