JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 10-0300 WHA |
| Plaintiff,  ) | |
| )  v.  ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| JOHN VIEIRA and  ) VERA LUCIA RIBEIRO SANTOS,  ) | |
| )  Defendants.  ) | |

With the agreement of the parties in open court on July 6, 2010, and with the consent of the defendants John Vieira and Vera Santos ("defendants"), the Court enters this order (1) setting a hearing on August 3, 2010, at 2:00 p.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 6, 2010 to August 3, 2010. The Court finds and holds as follows:

1. Both defendants appeared before the Court with counsel on July 6, 2010. At that hearing, the parties informed the Court that the United States had produced over 600 pages of discovery to the defense and would be producing additional discovery. Counsel for the defendants will need time to review this discovery and to investigate the case. Continuing the defendants' appearances until August 3, 2010 will give the defense

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0300 WHA]

1. an opportunity to accomplish this objective.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until August 3, 2010 is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 6, 2010 to August 3, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendants, the Court (1) sets a hearing on August 3, 2010, at 2:00 p.m.; and (2) orders that the period from July 6, 2010 to August 3, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv) with respect to both defendants.

SO STIPULATED.

DATED: July 12, 2010

JOSEPH P. RUSSONIELLO  
United States Attorney

_____/s/_____  
KYLE F. WALDINGER  
Assistant United States Attorney

DATED: July 12, 2010

_____/s/_____  
ANTHONY LOWENSTEIN  
Attorney for defendant John Vieira

DATED: July 12, 2010

_____/s/_____  
LAWRENCE W. FASANO, JR.  
Attorney for defendant Vera Santos

IT IS SO ORDERED.

DATED: July 13, 2010

_____  
WILLIAM H. ALSUP  
United States District Judge



STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME [CR 10-0300 WHA]  -2-