MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0300 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| VERA LUCIA RIBEIRO SANTOS, | ) | |
| Defendant. | ) | |

      With the agreement of the parties in open court and with the consent of the defendant Vera Santos ("defendant"), the Court enters this order (1) setting a trial for October 4, 2010; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, (a) from August 3, 2010 to August 10, 2010, (b) for one week in late August and early September, and (c) from September 27, 2010 to October 4, 2010. The Court finds and holds as follows:

      1.     The parties appeared before the Court on August 3, 2010. At that hearing, the parties informed the Court that they were in plea negotiations and that the parties believed that they could reach a disposition of the case. Continuing the defendant's appearance from August 3, 2010 until August 10, 2010 gave the defense an opportunity to continue to investigate the case and to effectively prepare for plea negotiations.

      2.     The parties appeared again before the Court on August 10, 2010. Counsel

STIP. & [~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0300 WHA]

1  informed the Court that the parties had been unable to reach a pre-trial disposition of the case,
2  and the Court set a trial date of October 4, 2010.  Counsel for the government informed the Court
3  that he would be out of the office on leave for one week in the late August/early September time
4  period.  Counsel for the defendant informed the Court that he would be in trial in state court
5  beginning on September 27, 2010.
6        3.      The Court finds that, taking into account the public interest in the prompt
7  disposition of criminal cases, granting the continuance from August 3, 2010 to August 10, 2010
8  was necessary for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).
9  Given these circumstances, the Court finds that the ends of justice served by excluding the period
10 from August 3, 2010 to August 10, 2010 outweigh the best interest of the public and the
11 defendant in a speedy trial.  Id. § 3161(h)(7)(A).
12       4.      The Court also finds that, taking into account the public interest in the prompt
13 disposition of criminal cases, setting the trial on October 4, 2010, and excluding one week of
14 time under the Speedy Trial Act for the week that government counsel will be out of the office in
15 late August and early September and excluding time under the Speedy Trial Act between
16 September 27, 2010 and October 4, 2010 based on the fact that defense counsel will be in trial in
17 state court is necessary for continuity of counsel and for effective preparation of counsel.
18       5.      Accordingly, and with the consent of the defendant, the Court (1) sets a trial date
19 on October 4, 2010; and (2) orders that (a) the period from August 3, 2010 to August 10, 2010,
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIP. & [~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0300 WHA]   -2-

Case 3:10-cr-00300-WHA   Document 27   Filed 08/23/10   Page 3 of 3

(b) one week in late August/early September, and (c) the period from September 27, 2010 to October 4, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: August 18, 2010

MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: August 18, 2010

_____/s/_____
LAWRENCE W. FASANO, JR.
Attorney for defendant Vera Santos

IT IS SO ORDERED.

DATED: August 23, 2010.

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0300 WHA]   -3-