UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERA SANTOS,<br><br>    Defendant. | CASE NO. CR-10-0300 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING**<br>**DATE** |

## STIPULATION

WHEREAS on October 26, 2010 defendant Vera Santos entered a guilty plea to an information charging her with misprision of felony, in violation of 18 U.S.C. § 4;

WHEREAS the plea agreement executed by the parties requires that Ms. Santos cooperate with the government by, *inter alia*, providing truthful testimony as requested by the government in connection with other proceedings;

1    WHEREAS Ms. Santos is presently scheduled to be sentenced by this Court on February 15, 2011;

2    WHEREAS the parties contemplate that Ms. Santos will not have completely discharged her obligations under the plea agreement by the February 15, 2011 sentencing date, and may provide testimony during the late spring or early summer of 2011;

3    WHEREAS Ms. Santos is out of custody and in compliance with all terms and conditions of pretrial release;

4    The parties hereby AGREE AND STIPULATE that the sentencing hearing presently scheduled for February 15, 2011 should be continued to July 19, 2011 at 2:00 p.m.

IT IS SO STIPULATED.

DATED:  December 16, 2010            ____/s/_____
                                     LAWRENCE FASANO
                                     JOSH COHEN
                                     Attorneys for Vera Santos

DATED:  December 16, 2010            ____/s/_____
                                     KYLE WALDINGER
                                     Assistant United States Attorney

## ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that the sentencing hearing for defendant Vera Santos, presently scheduled for February 15, 2011, shall be continued to Tuesday, July 19, 2011, at 2:00 p.m.

IT IS SO ORDERED.

DATED:  December 16, 2010            _____
                                     WILLIAM H. ALSUP
                                     UNITED STATES DISTRICT JUDGE